IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOYCE OWEN,<br>    *Plaintiff* | § § § | |
| v. | § § | Case No. 2:10-cv-00504-JRG |
| TOYOTA MOTOR CORPORATION<br>and TOYOTA MOTOR SALES, U.S.A,<br>INC.,<br>    *Defendants* | § § § § § | |

## **FINAL JUDGMENT**

This matter came for a trial before a jury commencing on January 11, 2013. Plaintiff Joyce Owen appeared in person and through her attorneys and announced ready for trial. Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. ("Defendants") appeared by and through their attorneys and their corporate representative. Defendants announced ready for trial. A duly empanelled jury heard the evidence and after being instructed and charged by the Court heard the arguments of counsel. The jury, after due deliberation, determined that there was no design defect in the driver's seat of the 2008 Toyota Highlander at issue in this case. Based on these findings as set forth in the jury verdict accepted by the Court, the Court renders judgment for Defendants as follows:

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joyce Owen take nothing against Defendants. It is further **ORDERED** that Defendants recover costs from Plaintiff. All relief not granted in this judgment is **DENIED**.

**So ORDERED and SIGNED this 22nd day of January, 2013.**

                                                                    _____
                                                                    RODNEY GILSTRAP
                                                                    UNITED STATES DISTRICT JUDGE